**Mason THOMPSON, Plaintiff–
Appellant,**

v.

**William P. ROGERS, Regional Director;
Alton Baskerville, Warden of Powha-
tan Correctional Center; E. Barks-
dale, Major; A. Neitherland, Captain;
W.E. Penn, Lieutenant; Sergeant Lee,
first name unknown; C.W. Jackson;
B. Rhoton, Defendants–Appellees.**

No. 02–7470.

United States Court of Appeals,
Fourth Circuit.

Submitted April 18, 2003.

Decided May 27, 2003.

Mason Thompson, Appellant Pro Se. Mark Ralph Davis, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Mason Thompson appeals the district court's order granting summary judgment to Defendants in this 42 U.S.C. § 1983 (2000) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Thompson v. Rogers,* No. CA–01–476–2 (E.D.Va. Sept. 16, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*